IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CIPRIANO SANCHEZ AND GUADULUPE A. SANCHEZ**, | § § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:12-CV-5120-L** |
| **FLAGSTAR BANK FSB,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the court is Flagstar Bank's Motion to Dismiss (Doc. 6), filed January 11, 2013, which was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 7, 2013, recommending that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No objections to the Report were filed. After carefully reviewing the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for failure to prosecute, and **denies as moot** Flagstar Bank's Motion to Dismiss (Doc. 6).

**It is so ordered** this 31st day of July, 2013.

Sam A. Lindsay
United States District Judge

Order - Solo Page